GARY M. RESTAINO
United States Attorney
District of Arizona
Glenn B. McCormick
Assistant United States Attorney
Arizona State Bar No. 013328
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: glenn.mccormick@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

AUG 30 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-22-01107-PHX-JJT (JZB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 26 U.S.C. § 5861(d) (Possession of a Firearm Not Registered in the National Firearms Registration and Transfer Act) |
| Wesley Warren Temple, | |
| Defendant. | **Count 1** |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or between May 18, 2018, and January 31, 2021, in the District of Arizona, the defendant, WESLEY WARREN TEMPLE, knowingly received and possessed firearms, namely destructive devices as defined in 26 U.S.C. §5845(f), that is incendiary bombs, sometimes referred to as Molotov Cocktails, specifically: 19 ginger beer bottles containing gasoline, motor oil, paraffin, and cloth wicks, that were not registered to him in the National

///
///
///
///

Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: August 30, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/
GLENN B McCORMICK
Assistant U.S. Attorney