AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

```
FILED ____ LODGED
✗ RECEIVED ____ COPY

      SEP 1 3 2022

CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

United States of America
v.

Wesley Warren Temple

*Defendant*

Case No.  CR-22-01107-PHX-JJT (JZB)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Wesley Warren Temple                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

26:5861(d) - Possession of a Firearm Not Registered in the National Firearms Registration and Transfer Act

Date:   08/31/2022

*Sherry Strong*
*Issuing officer's signature*

City and state:   Phoenix, Arizona

cc: PTS

Sherry Strong, Deputy Clerk
*Printed name and title*   ISSUED ON 12:30 pm, Aug 31, 2022
s/ Debra D. Lucas, Clerk

### Return

This warrant was received on *(date)* 08/31/2022, and the person was arrested on *(date)* 09/01/2022
at *(city and state)*   PHOENIX, AZ                                           .

Date:   09/06/2022

*Arresting officer's signature*

*Printed name and title*