JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

ANA LAURA BOTELLO
Arizona Bar No. 030528
Assistant Federal Public Defender
Attorney for Defendant
ana_botello@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>    vs.<br><br>Wesley Warren Temple,<br><br>         Defendant. | No. CR-22-01107-PHX-JJT<br><br>**MOTION TO CONTINUE DETENTION HEARING**<br><br>(First Request) |

Defendant Wesley Warren Temple, through undersigned counsel, respectfully moves this Court for an order continuing the detention hearing in the above matter currently set for September 21, 2022 at 10:00 a.m., for a period of at least two weeks.  This continuance request is made because undersigned counsel received nearly 2000 pages of discovery on September 16, 2022. Undersigned counsel uncovered a conflict and is awaiting the reassignment of this case to CJA counsel. That counsel will need additional time to review discovery.

Defense counsel conferred with Assistant United States Attorney Glenn McCormick regarding this requested continuance and has no objection.

…

…

1  Excludable delay is not expected to result from this motion or from an order
2  based thereon.
3           Respectfully submitted:   July 23, 2021
4                                                     JON M. SANDS
                                                   Federal Public Defender
5
6                                                   *s/Ana Laura Botello*
7                                                   ANA LAURA BOTELLO
                                                 Asst. Federal Public Defender
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28