IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Wesley Warren Temple,<br><br>　　　　　　Defendant. | No. CR-22-01107-PHX-JJT<br><br>**ORDER**<br><br>(First Request) |

　　　Upon review of Defendant's Motion, there being no objection from the government, and good cause appearing,

　　　IT IS ORDERED granting Defendant's Motion to Continue Detention Hearing (Doc. ___).

　　　IT IS FURTHER ORDERED continuing the detention hearing from September 20, 2022 to _____.

　　　The Court finds no excludable delay under Title 18 U.S.C. § 3161(h) ___ from _____ to _____ .

　　　Dated this ____ day of _____, 2022.