IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-22-01107-PHX-JJT (JZB) |
| Plaintiff, | **ORDER ON MOTION TO WITHDRAW FOR CONFLICT** |
| vs. | |
| Wesley Warren Temple, | |
| Defendant. | |

Upon motion of the Federal Public Defender, and good cause appearing therefor,

**IT IS HEREBY ORDERED** withdrawing Ana Laura Botello, Assistant Federal Public Defender, District of Arizona, as counsel of record in the above-entitled action.

**IT IS FURTHER ORDERED** appointing Stephen Garcia, as counsel of record for defendant effective immediately.

The Court finds excludable delay under 18 U.S.C. § 3161(h)_____ from _____ to _____.

1