JON M. SANDS
Federal Public Defender
**ANA LAURA BOTELLO**
Assistant Federal Public Defender
State Bar No. 030528
850 West Adams Street, Suite 201
Phoenix, AZ 85007
Telephone: (623) 382-2700
*Ana_Botello@fd.org*
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>Wesley Warren Temple,<br><br>  Defendant. | CR-22-01107-PHX-JJT (JZB)<br><br>**AMENDED<br>MOTION TO WITHDRAW<br>FOR CONFLICT** |

Undersigned counsel hereby moves to withdraw as counsel of record for Wesley Warren Temple, pursuant to the Arizona Rules of Professional Responsibility, due to a conflict of interest within the Office of the Federal Public Defender. Undersigned counsel further moves to appoint Criminal Justice Act panel attorney, Stephen S. Garcia, as counsel of record, effective immediately. Mr. Garcia has been apprised of pending court dates and deadlines.

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7)(A) will occur as a result of this motion or an order based thereon.

DATED this 21st day of September, 2022.

JON M. SANDS
Federal Public Defender

*s/ Ana Laura Botello*
ANA LAURA BOTELLO
Assistant Federal Public Defender

1