1
2
3
4
5
6
7               IN THE UNITED STATES DISTRICT COURT

8                 FOR THE DISTRICT OF ARIZONA

9
United States of America,                          CR-22-01107-PHX-JJT (JZB)
10
                  Plaintiff,               **ORDER ON MOTION TO**
11                                                **WITHDRAW**
          vs.                                 **FOR CONFLICT**
12
Wesley Warren Temple,
13
                  Defendant.
14

15

16          Upon motion of the Federal Public Defender, and good cause appearing therefor,

17

18   **IT IS HEREBY ORDERED** withdrawing Ana Laura Botello, Assistant Federal Public

19   Defender, District of Arizona, as counsel of record in the above-entitled action.

20

21   **IT IS FURTHER ORDERED** appointing Stephen S. Garcia, as counsel of record for

22   defendant effective immediately.

23

24   The Court finds excludable delay under 18 U.S.C. § 3161(h)_____ from _____ to _____.

25

26

27

28