1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

          Plaintiff,

   vs.

Wesley Warren Temple.

         Defendant.

CR-22-01107-PHX-JJT

**ORDER**

     Upon amended motion of the Federal Public Defender (Doc. 16), and good cause appearing therefor,

     **IT IS HEREBY ORDERED** granting Defendant's Amended Motion to Withdraw for Conflict (Doc. 16).

     **IT IS FURTHER ORDERED** withdrawing Ana Laura Botello, Assistant Federal Public Defender, District of Arizona, as counsel of record in the above-entitled action.

     **IT IS FURTHER ORDERED** appointing CJA Attorney Stephen S. Garcia, as counsel of record for defendant effective immediately.

     Dated this 22nd day of September, 2022.

_____

Honorable John J. Tuchi
United States District Judge