**GARCIA LAW, PLLC**
Stephen S. Garcia (SBN#23652)
20715 N. Pima Road, Ste. 108
Scottsdale, Arizona 85255
Telephone: 602-753-5593
Facsimile: 602-715-1444
steve@stevegarcialaw.com
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | No.: 2:22-cr-01107-PHX-JJT (JZB) |
| vs. | |
| Wesley Warren Temple, | **MOTION TO CONTINUE TRIAL and MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE** |
| Defendant. | (Defendant In Custody) |
| | **(First Request)** |

Defendant, through undersigned counsel, respectfully requests that this Court continue the time for filing of pretrial motions for a period of ninety (90) days from the current date of October 11, 2022.  In addition, defendant requests that the Court continue the trial date for a period of ninety (90) days from the current date of November 1, 2022.

Undersigned counsel was relatively recently appointed and still in the process of collecting and receiving discovery.  The parties are still in plea negotiations.  Defense will need this continuance in order to ensure all discovery has been obtained and in order to adequately prepare for trial, if trial is necessary.

Defense counsel has contacted Assistant United States Attorney Glenn B. McCormick concerning this motion and he has no objection to these requests.

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

RESPECTFULLY SUBMITTED on October 14, 2022.

/s/ Stephen Garcia
Attorney for Defendant

Copy of the foregoing transmitted
by ECF for filing October 14, 2022, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

The Honorable John T. Tuchi,
Glenn B. McCormick, Assistant U.S. Attorney

Courtesy copy e-mailed to:

The Honorable John T. Tuchi
Tuchi_chambers@azd.uscourts.gov

Glenn B. McCormick
Assistant U.S. Attorney
Glenn.McCormick@usdoj.gov

By: /s/ Stephen Garcia