**GARCIA LAW, PLLC**
Stephen S. Garcia (SBN#23652)
20715 N. Pima Road, Ste. 108
Scottsdale, Arizona 85255
Telephone: 602-753-5593
Facsimile: 602-715-1444
steve@stevegarcialaw.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | No.: 2:22-cr-01107-PHX-JJT (JZB) |
| vs. | |
| Wesley Warren Temple, | **MOTION TO CONTINUE TRIAL and MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE and VACATE STATUS CONFERENCE** |
| Defendant. | |
| | (Defendant In Custody) |
| | **(Third Request)** |

Defendant, through undersigned counsel, respectfully requests that this Court continue the time for filing of pretrial motions for a period of sixty (60) days from the current date of April 3, 2023. In addition, defendant requests that the Court continue the trial date for a period of sixty (60) days from the current date of May 2, 2023. Lastly, the defendant requests that the Court vacate the Status Conference scheduled for April 17, 2023.

The parties are on the verge of coming to an agreement and resolving the case short of trial. We anticipate submitting the appropriate paperwork to ask the Court to set the matter for a change of plea hearing.

Defense counsel has contacted Assistant United States Attorney Glenn B. McCormick concerning this motion and he has no objection to these requests.

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

RESPECTFULLY SUBMITTED on April 12, 2023.

/s/ *Stephen Garcia*
Attorney for Defendant

Copy of the foregoing transmitted
by ECF for filing April 12, 2023, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

The Honorable John T. Tuchi,
Glenn B. McCormick, Assistant U.S. Attorney

Courtesy copy e-mailed to:

The Honorable John T. Tuchi
Tuchi_chambers@azd.uscourts.gov

Glenn B. McCormick
Assistant U.S. Attorney
Glenn.McCormick@usdoj.gov

By: /s/ *Stephen Garcia*