IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                     Plaintiff,<br><br>     vs.<br><br>Wesley Warren Temple,<br><br>                     Defendant. | No. 2:22-cr-01107-PHX-JJT (JZB)<br><br>**ORDER**<br><br>(Defendant In Custody)<br><br>**(Third Request)** |

Upon motion of the defendant, no objection from the government and good cause appearing,

IT IS HEREBY ORDERED continuing the trial of this case from May 2, 2023, to _____, 2023, at _____ in Phoenix, Arizona.

This court specifically finds that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.  This finding is based on the court's conclusion that the failure to grant such a continuance would unreasonably deny the defendant continuity of counsel and would deny the attorney for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

IT IS FURTHER ORDERED extending the current pretrial motions deadline until _____, 2023.

The Court finds excludable delay under 18 U.S.C. § 3161(h) \_\_\_\_\_ from \_\_\_\_\_ to \_\_\_\_\_.

Dated this \_\_\_\_\_ day of _____, 2023.

_____
United States District Judge